ACCEPTED
03-15-00252-CV
6698468
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/28/2015 11:42:37 AM
JEFFREY D. KYLE
CLERK

**NO. 03-15-00252-CV**

**In the**
**Third Court of Appeals**
**Of Texas**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/28/2015 11:42:37 AM

JEFFREY D. KYLE
Clerk

DR. BEHZAD NAZARI, D.D.S., ET AL

*Appellants*,

V.

THE STATE OF TEXAS

*Appellees,*

V.

ACS STATE HEALTHCARE, LLC, ET AL

*Appellees.*

On appeal from the 53rd District Court, Travis County, Texas
Cause No. NO. D-1-GV-14-005380

UNOPPOSED MOTION TO EXTEND TIME TO FILE
APPELLANTS' REPLY BRIEF

Jason Ray
State Bar No. 24000511
RIGGS & RAY, P.C.
506 West 14th Street, Suite A
Austin, Texas 78701
Telephone: (512) 457-9806
Telecopier: (512) 457-9066
*jray@r-alaw.com*

E. Hart Green
Texas Bar No. 08349290
WELLER, GREEN, TOUPS & TERRELL, L.L.P.
Post Office Box 350
Beaumont, Texas 77704-0350
Telephone: (409) 838-0101
Telecopier: (409) 832-8577
*hartgr@wgttlaw.com*

*Attorneys for Appellants Dr. Behzad Nazari, D.D.S., et al*

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 10.5(b) and 38.6(d), Dr. Behzad Nazari, DDS, et al. v The State of Texas v ACS State Healthcare, LLC; move for an extension of time to file their Appellants' Reply Brief, seeking an extension of 20 days, through and until September 21, 2015. In support of such an extension, Appellants show as follows:

## A. ARGUMENT & AUTHORITIES

1.     Appellants' Reply Brief is due in this Court August 30, 2015.

2.     Appellants request an additional 20 days to file their brief, extending the time to and including Monday, September 21, 2015.

3.     No previous extension has been requested or granted to Appellants to extend the time to file their Reply Brief.

4.     Appellants' counsel requires additional time to file their brief because the two Appellees' briefs raise significantly different issues to be addressed by this Court, and Appellant will need to consolidate those issues into a single Reply Brief. In addition, the press of other business has prevented devoting adequate time to the Reply Brief. That intervening business includes:

a. Hearings and required re-pleading of several disputed matters in Cause No. D-1-GN-12-003576; *Dr. Harold Lewis and Anthony Carpenter v. Kimberly Comstock, Lucindarella, LLC, Medication and Assisted Recovery Services, LLC, Mars S.A., LLC, and Maintenance and Recovery Services, Inc.* in the 353rd Judicial District of Travis County, Texas;

b. Required updates to the bankruptcy court in: In Re Navarro Orthdontix, P.C., Case No 14-32499-bjh; In Re Navarro Orthodontix of Edinburg, PLLC, In Re Case No. 14-33804, In Re CAR & MAR Ortho PLLC, Case No. 15-31367, In Re MAN & CFN Ortho, PLLC, Case No. 15-31368, In Re Navarro Orthodontix of Fort Worth, PLLC, Case No.15-31369, In Re Navarro Orthodontix of Irving, PC, Case No. 15-31370, and In Re Navarro Orthodontix of McAllen, PLLC, Case No. 15-31371.

5.      The extension is not sought for the purposes of delay, but so that justice may be done.

6.      This Motion to Extend Appellants' Reply Brief is unopposed by opposing counsel for both Appellees.

## B. PRAYER

7.      For these reasons, Appellants ask the Court to grant an extension of time to file Appellants' Reply Brief until September 21, 2015.

Respectfully submitted,

_____
Jason Ray
Bar No. 24000511
Riggs & Ray P.C.
506 West 14th Street, Suite A
Austin, Texas 78701
Telephone: (512) 457-9806
Fax: (512) 457-9066
jray@r-alaw.com
Attorney for Appellants


## <u>CERTIFICATE OF CONFERENCE</u>

I conferred with Raymond Winter, Counsel for Appellee State of Texas, on

August 26, 2015, and he does not oppose this Motion. I conferred with Eric Nichols,

counsel for Appellee ACS State Healthcare, on August 21, 2015 and he agrees with this

Motion.

_____
JASON RAY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Unopposed Motion to Extend to File Appellants' Reply Brief was served via e-mail and e-service on the 28th day of August, 2015 on the following:

*Counsel for Plaintiff State of Texas*

Raymond C. Winter
Chief, Civil Medicaid Fraud Division
Reynolds B. Brissenden
Assistant Attorneys General
**Office of the Attorney General**
P.O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 936-1709
Facsimile: (512) 936-0674
E-mail: raymond.winter@texasattorneygeneral.gov
E-mail: reynolds.brissenden@texasattorneygeneral.gov

*Counsel for Xerox Corporation, et al.*

Robert C. Walters
**Gibson, Dunn, & Crutcher, LLP**
2100 McKinney Avenue, Suite 1100
Dallas, Texas 75201
Telephone: (214) 698-3100
Facsimile: (214) 571-2900
E-mail: RWalters@gibsondunn.com

W. Curt Webb
Constance H. Pfeiffer
**Beck Redden, LLP**
1221 McKinney Street, Suite 4500
Houston, Texas 77010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720
E-mail: cwebb@beckredden.com
E-mail: cpfeiffer@beckredden.com

Eric J. R. Nichols
Christopher R. Cowan
**Beck Redden, LLP**
515 Congress Avenue, Suite 1750
Austin, Texas 78701
Telephone: (512) 708-1000
Facsimile: (512) 708-1002
E-mail: enichols@beckredden.com
E-mail: ccowan@beckredden.com

*Counsel for Defendants/Third-Party Plaintiffs*

E. Hart Green
Mitchell A. Toups
**WELLER, GREEN, TOUPS & TERRELL, L.L.P.**
Post Office Box 350
Beaumont, Texas 77704-0350
Telephone: (409) 838-0101
Facsimile: (409) 832-8577
E-mail: hartgr@wgttlaw.com
E-mail: matoups@wgttlaw.com
*Counsel for Defendants*

Richard B. Pecore
**LILES PARKER, PLLC**
3400 N. McColl Rd., Suite F-35
McAllen, Texas 78501
Telephone: (202) 298-9750
Facsimile: (202) 337-5804
E-mail: rpecore@lilesparker.com
*Counsel for RGV Smiles by Rocky Salinas, DDS PA, and Dr. Rocky Salinas*

Robert M. Anderton
**Law Offices of Hanna & Anderton**
900 Congress Avenue, Suite 250
Austin, Texas 78701
Telephone: (512) 477-6200
Facsimile: (512) 477-1188
E-mail: andertonr@msn.com
*Counsel for Richard F. Herrscher, DDS, MMSC, PC and Dr. Richard F. Herrscher*

J.A. "Tony" Canales
**CANALES & SIMONSON, P.C.**
2601 Morgan Ave.
P.O. Box 5624
Corpus Christi, Texas 78465-5624
Telephone: (361) 883-0601
Facsimile: (361) 884-7023
E-mail: tonycanales@canalessimonson.com
*Counsel for M&M Orthodontics, P.A., Dr. Scott Malone, Dr. Diana Malone, Michelle Smith, National Orthodontix Mgmt., PLLC and Dr. John Vondrak*

Oscar X. Garcia
**Law Offices of Oscar X. Garcia**
302 Kings Highway, Suite 112
Brownsville, Texas 78521
Telephone: (956) 554-3000
Facsimile: (956) 554-3248
E-mail: oxgarcia@aol.com
*Counsel for Dr. Vivian Teegardin*

Philip H. Hilder
William B. Graham
**Hilder & Associates, PC**
819 Lovett Boulevard
Houston, Texas 77006
Telephone: (713) 234-1416
Facsimile: (713) 655-9112
E-mail: philip@hilderlaw.com
E-mail: will@hilderlaw.com
*Counsel for Dr. Wael Kanaan*

_____
Jason Ray